PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUN 29 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CASE NO. 2:17-SW-569-AC

In the Matter of the Search of:

Information Associated with Facebook user IDs "royal.bowens"; "nana.babycharles.9"; and "abdul.hashimi.73" which is stored at premises controlled by Facebook, Inc.

[PROPOSED] ORDER COMMANDING FACEBOOK, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SEARCH WARRANT FOR 180 DAYS

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant for 180 days from the date of this Order, or until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook, Inc. shall not disclose the existence of the attached warrant or this Order of the Court, to the listed subscribers or to any other person, for 180 days from the date of this Order, unless otherwise authorized to do so by the Court, except that Facebook, Inc. may disclose the attached warrant to an attorney for Facebook, Inc. for

1  the purpose of receiving legal advice.

2      IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
3  ordered by the Court.

6  Dated: 6/29/17

                    Hon. Allison Claire
                    U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER     2