PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
AUG 09 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>Information Associated with Facebook user IDs "royal.bowens"; "nana.babycharles.9"; and "abdul.hashimi.73" which is stored at premises controlled by Facebook, Inc. | CASE NO. 2:17-SW-569 AC<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT |

The government's motion to unseal the Search Warrant and this case is GRANTED.

DATED: 8-8-2017

_____
Hon. Edmund F. Brennan
United States Magistrate Judge

1